IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADVANCE BUSINESS CAPITAL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED TRANSPORT, INC., et al.,<br><br>    Defendants. | No. 22 CV 6508<br><br>Judge John J. Tharp, Jr. |

## DEFAULT JUDGMENT ORDER

    This action having been commenced by plaintiff Advance Business Capital LLC d/b/a Triumph Business Capital against defendants United Transport, Inc., Prime Line Transport, Inc., Yahya Alshloul, and Zakaria M. Alshloul, and the plaintiff having moved for entry of Default Judgment against the defendants,

    The plaintiff having properly completed service of process on the defendants,

    The defendants having failed to answer the complaint, so that the allegations of the complaint are uncontroverted and are deemed admitted, and

    An Order of Default having been entered against the defendants,

    Judgment is hereby entered in favor of the plaintiff and against the defendants in the sum of $117,525.62, representing $90,158.69 in payments due and owing under the United Factoring Agreement and $27,366.93 in attorney's fees and costs.

Date: December 11, 2023

John J. Tharp, Jr.
United States District Judge